■ The People of the State of New York, Respondent, v Troy Williams, Appellant. [921 NYS2d 525]—Judgment of resentence, Supreme Court, New York County (Daniel P.

FitzGerald, J.), rendered January 29, 2010, resentencing defendant to a term of 6½ years, with three years' postrelease supervision, unanimously affirmed.

The court provided a sufficient reduction of sentence pursuant to CPL 440.46. Defendant completed the prison component of his sentence and was released from custody 10 days after his resentencing. On appeal, he nevertheless seeks a further reduction in the length of his prison sentence. To do so would have no practical effect except to shorten defendant's period of postrelease supervision, and we perceive no basis for granting such relief. Concur—Andrias, J.P., Sweeny, Catterson, Renwick and Manzanet-Daniels, JJ.